FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 7 - 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00266-BNB

JOHN B. BOWRING,

    Applicant,

v.

KEVIN MILLIARD, S.C.F. Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE BOYD N. BOLAND

    Applicant's request, filed on March 2, 2006, for an extension of time in which to cure the deficiency designated in the order to cure filed on February 16, 2006, is DENIED. Applicant fails to provide any explanation or submit any documentation explaining the reason or reasons he is being denied a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing. Applicant continues to have **thirty (30) days from the date of this February 16, 2006, order to cure** in which to cure the designated deficiency.

Dated: March 7, 2006

Copies of this Minute Order were mailed on March 7, 2006, to the following:

John B. Bowring
Reg. No. 81518
SCF
P.O. Box 6000
Sterling, CO 80751

                                                Secretary/Deputy Clerk