IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 3 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00266-BNB

JOHN B. BOWRING,

     Applicant,

v.

KEVIN MILLIARD, S.C.F. Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY
OF APPLICANT'S TRUST FUND ACCOUNT STATEMENT

---

Applicant John B. Bowring is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Sterling, Colorado,

correctional facility.  He has filed pro se a Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  On February 16, 2006, the

Court ordered Mr. Bowring to cure a deficiency in the case by filing a certified copy of

his trust fund account statement for the six-month period immediately preceding this

filing.

On March 2, 2006, Applicant requested an extension of time in which to cure the

deficiency designated in the February 16, 2005, order because he alleged that his case

manager, S. Waide, had denied his request for a certified copy of his trust fund account

statement.  On March 7, 2006, the Court denied Applicant's request for an extension of

time because Applicant failed to provide any explanation or submit any documentation explaining the reason or reasons he had been denied a certified copy of his trust fund account statement.  Applicant also was reminded that he had thirty days from the date of the February 16, 2006, order to cure in which to cure the designated deficiency.

On March 9, 2006, Applicant submitted a motion titled "Motion for Order to Show Cause," in which he informed the Court that he made requests on February 17, 21, and 27, 2006, and on March 4, 2006, for a certified copy of his trust fund account statement and that he is getting no response to his requests.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." The February 16, 2006, order to cure and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action note this requirement.

The motion to show cause will be granted.  The warden of the Sterling Correctional Facility will be ordered to obtain from the appropriate prison official and to provide the Court with a certified copy of Mr. Bowring's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on February 16, 2006.  Failure to provide such an account statement within the time allowed may result in a Court order directing the warden of the Sterling Correctional Facility to pay the $5.00 filing fee owed in this action.  Accordingly, it is

ORDERED that the motion to show cause submitted by Applicant John B. Bowring and filed by the Court on March 9, 2006, is granted.  It is

2

FURTHER ORDERED that the warden of the Sterling Correctional Facility shall obtain from the appropriate prison official and provide to the Court a certified copy of Applicant's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on February 16, 2006. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed may result in a Court order directing the warden of the Sterling Correctional Facility to pay the $5.00 filing fee owed in this action.

FURTHER ORDERED that the Clerk of the Court shall mail a copy of this order to the warden of the Sterling Correctional Facility.

DATED March 13, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00266-BNB

John B. Bowring
Prisoner No. 81518
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Warden
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/13/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk