IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00266-ZLW

JOHN B. BOWRING,

    Applicant,

v.

KEVIN MILLIARD, S.C.F. Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2006

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR DISTRICT JUDGE ZITA L. WEINSHIENK

    The instant action was dismissed without prejudice for failure to exhaust state remedies in an order filed on May 16, 2006. Therefore, Applicant's motion to amend filed on May 18, 2006, is DENIED as moot.

Dated: May 19, 2006

Copies of this Minute Order mailed on May 19, 2006, to the following:

John B. Bowring
Prisoner No. 81518
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                                            _____
                                                            Secretary/Deputy Clerk